AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Karim Abdullah

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07MJ114A

I, Karim Abdullah, charged in a (complaint) (petition) pending in this District with felon in poss. firearm + poss int. dist. cocaine in violation of Title 18 + 21, U.S.C., 922(g) + 841(a)(1)+(b)(1)(B), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Kareem abdullah
*Defendant*

11-26-07
*Date*

[signature]
*Counsel for Defendant*