IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:07-MJ-116A |
| | ) | |
| KARIM ABDULLAH | ) | |

ORDER

The United States having moved this Court for an Order excluding the period of December 26, 2007 through January 24, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy indictment and trial, for the following reasons:

1. Plea negotiations currently are in progress and counsel for the government has provided copies of discovery material to counsel for the defendant in order to facilitate the plea negotiations.

2. The filing of a plea agreement would likely result in a prompt resolution of the matter thereby eliminating the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED

That the period of December 26, 2007 through January 24, 2008 be excluded from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
December 17, 2007