IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:07-MJ-116A |
| | ) | |
| KARIM ABDULLAH | ) | |

ORDER

The United States having moved this Court for an Order excluding the period of January 25, 2008 through February 23, 2008 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy indictment and trial, for the following reasons:

1. Counsel for the government and for the defendant have had numerous plea discussions which may lead to a prompt resolution of the matter by way of information, thereby conserving judicial resources. The defendant requires an additional period of time within which to review and consider the consequences of such a plea agreement.

2. The filing of a plea agreement would likely result in a prompt resolution of the matter thereby eliminating the need for

further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED

That the period of January 25, 2008 through February 23, 2008 be excluded from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND
January 23, 2008