IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 08-14S
vs. ) In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)
) and 18 U.S.C. § 922(g) and 924(a)(2)
KARIM ABDULLAH, a/k/a Kareem )
Abdullah, a/k/a Kareem Abdulla, a/k/a )
Abdul-Karim Abdul-Jaber )

FILED
FEB 21 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney for the District of Rhode Island charges that:

COUNT I

On or about June 15, 2007, in the District of Rhode Island, the defendant, KARIM ABDULLAH, a/k/a Kareem Abdullah, a/k/a Kareem Abdulla, a/k/a Abdul-Karim Abdul-Jaber, did knowingly and intentionally possess with intent to distribute 33.47 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance;

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

COUNT II

On or about June 15, 2007, in the District of Rhode Island, the defendant, KARIM ABDULLAH, a/k/a Kareem Abdullah, a/k/a Kareem Abdulla, a/k/a Abdul-Karim Abdul-Jaber, being a person previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

a Raven .25 caliber pistol, Model MP-25, serial number 1316942;

a Lorcin .380 caliber pistol, Model L380, serial number 373810;

a Hi-Point 9mm pistol, Model C, serial number 824366; and

a Heckler & Koch .45 caliber pistol, Model USP, serial number 25-081172;

in violation of 18 U.S.C. §§ 922(g) and 924(a)(2).

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in Count II of this Information, the defendant, KARIM ABDULLAH, a/k/a Kareem Abdullah, a/k/a Kareem Abdulla, a/k/a Abdul-Karim Abdul-Jaber, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all right, title, and interest in the following described firearms identified in Count II of the Information:

a Raven .25 caliber pistol, Model MP-25, serial number 1316942;

a Lorcin .380 caliber pistol, Model L380, serial number 373810;

a Hi-Point 9mm pistol, Model C, serial number 824366; and

a Heckler & Koch .45 caliber pistol, Model USP, serial number 25-081172;

INFORMATION SIGNED AND RETURNED:

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney

Stephen G. Dambruch
Assistant U. S. Attorney
Criminal Chief

Dated: February 21, 2008