AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
2008
Property of U.S. District Court
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

KARIM ABDULLAH
a//k/a Kareem Abdullah
a/k/a Kareem Abdulla
a/k/a Abdul-Karim Abdul-Jaber

WAIVER OF INDICTMENT

CASE NUMBER: CR08-14S.

I, KARIM ABDULLAH, a/k/a Kareem Abdullah, the above named defendant, who is accused of

Possession of Firearm by Previously Convicted Felon and Possession with Intent to Distribute Over Five Grams of Cocaine Base

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 29, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Kareem Abdullah
*Defendant*

Mary S. McElroy
*Counsel for Defendant*

Before [signature]
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.