UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 08-009-ML

KARIM ABDULLAH :

MOTION TO CONTINUE SENTENCING DATE

NOW COMES the defendant, Karim Abdullah, and through counsel, moves this Honorable Court to continue the sentencing in his case for an additional forty five (45) days. The sentencing is currently scheduled for August 1, 2008. In support of this motion Mr. Abdullah asserts that he needs additional time to prepare for the sentencing hearing.

The government, through AUSA Kenneth Madden, indicates no objection to this motion.

Respectfully submitted
Karim Abdullah
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Kenneth Madden, AUSA on the 3rd day of July 2008.

/s/ Mary S. McElroy