**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 08-14S** |
| | ) | |
| **KARIM ABDULLAH** | ) | |

---

**MOTION TO ENLARGE TIME FOR**
**FILING OBJECTIONS TO PRE-SENTENCE REPORT**

Now comes the accused, Karim Abdullah, by and through his counsel, and moves this Honorable Court to enlarge the time for filing objections to the pre-sentence report in this matter until August 26, 2008. In support of this request, counsel states that the additional time is needed to further investigate and research the defendant's criminal history as outlined in the pre-sentence report.

Respectfully submitted
Karim Abdullah
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Kenneth P. Madden, AUSA and Heather McLoughlin, USPO on the 5th day of August 2008.

/s/ Mary S. McElroy